# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| CHOJNACKI, ROMAN § | Case No. 09-15896 |
| WESOLOWSKI, BARBARA § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　　KENNETH S. GARDNER
　　　　　219 S. Dearborn Street
　　　　　Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/11/2012 in Courtroom 4016,

　　　　　DuPage County Courthouse
　　　　　505 N. County Farm Rd.
　　　　　Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/10/2012　　　　　　　　　　By: KENNETH S. GARDNER
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
CHOJNACKI, ROMAN                    §   Case No. 09-15896
WESOLOWSKI, BARBARA                 §
                                    §
       Debtor(s)                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,504.11 |
| and approved disbursements of | $ | 129.85 |
| leaving a balance on hand of[1] | $ | 7,374.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,500.41 | $ 0.00 | $ 1,500.41 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,415.25 | $ 0.00 | $ 1,415.25 |
| Other: International Sureties Ltd. | $ 13.09 | $ 13.09 | $ 0.00 |
| Other: Cohen & Krol | $ 7.47 | $ 0.00 | $ 7.47 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,923.13 |
| Remaining Balance | $ 4,451.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,338.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ 5,129.22 | $ 0.00 | $ 334.08 |
| 000003 | Wells Fargo Bank, N.A. | $ 4,997.84 | $ 0.00 | $ 325.53 |
| 000004 | Chase Bank USA, N.A. | $ 12,582.89 | $ 0.00 | $ 819.57 |
| 000005 | Chase Bank USA, N.A. | $ 1,973.84 | $ 0.00 | $ 128.56 |
| 000006 | Chase Bank USA, N.A. | $ 16,408.09 | $ 0.00 | $ 1,068.71 |
| 000007 | American Express Bank FSB | $ 3,378.58 | $ 0.00 | $ 220.06 |
| 000008 | PRA Receivables Management, LLC | $ 1,969.31 | $ 0.00 | $ 128.27 |
| 000009 | Chase Bank USA NA | $ 9,587.90 | $ 0.00 | $ 624.49 |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 5,596.53 | $ 0.00 | $ 364.52 |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 6,714.53 | $ 0.00 | $ 437.34 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,451.13 |

    Remaining Balance                                                                                                      $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                         Prepared By: /s/GINA B. KROL_____
                                                                                                                Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 09-15896-DRC
Roman Chojnacki  Chapter 7
Barbara Wesolowski
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: dpruitt  Page 1 of 3  Date Rcvd: Dec 11, 2012
    Form ID: pdf006  Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2012.
```
db/jdb       +Roman Chojnacki,    Barbara Wesolowski,    462 Dunlay St,    Wood Dale, IL 60191-2126
aty          +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
13862813     +Alexian Brothers Medical Center,    Bankruptcy Department,    800 Biesterfield Road,
               Elk Grove Village, IL 60007-3396
13862814     +American Express,    c/o Becket and Lee,    Po Box 3001 16 General Warren Blvd.,
               Malvern, PA 19355-0701
14319164      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
13862815     +Amr Eagle Bk,    556 Randall Road,    South Elgin, IL 60177-3315
13862817     +Bank Of America,    Nc4-105-03-14,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
13862818    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
13862836    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court:  Washington Mutual,    PO Box 660487,    Dallas, TX 75266-0487)
13862819     +Cardiology and Internal Medicine,    Bankruptcy Department,    7447 W Talcott Ave, Suite 222,
               Chicago, IL 60631-3713
13862821     +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
14481862      Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
14265182      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13862822      Diagnostic Imaging Association,    Bankruptcy Department,    P O box 68,
               Northbrook, IL 60065-0068
13942250    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court:  Ford Motor Credit Company LLC,    P O  Box 537901,
               Livonia  MI   48153-9905)
13862825     +HSBC,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
13862828    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court:  Hsbc/rs,    Hsbc Retail Services- Bankruptcy,    Po Box 15522,
               Wilmington, DE 19850)
13862827      HSBC Bank Nevada, N.A.,    PO Box 5244,    Carol Stream, IL 60197-5244
13862826     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
13862829     +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
13862831      National City,    Bankruptcy Department,    PO Box 856176,    Louisville, KY 40285-6176
14402563     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Orchard Bank,
               POB 41067,    NORFOLK VA 23541-1067
13862834     +RMC Emergency Physicians,    Bankruptcy Department,    520 E 22nd Street,    Lombard, IL 60148-6110
13862835     +RMC Pathology Associates,    Bankruptcy Department,    520 E 22nd Street,    Lombard, IL 60148-6110
13862833      Resurrection Health care,    Bankruptcy Department,    P O Box 220281,    Chicago, IL 60622-0281
13862838     +Washington Mutual Mortgage,    Att:Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
               Jacksonville, FL 32256-6851
14189751     +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,    P.O. Box 9210,
               Des Moines, IA 50306-9210
13862840     +Wells Fargo Card Ser,    Po Box 5058,    Portland, OR 97208-5058
13862841     +Wood Dale F P D,    Bankrupcy Department,    P O Box 1368,    Elmhurst, IL 60126-8368
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13862816     +Fax: 866-513-1948 Dec 12 2012 04:09:01      Banco Popular,    120 Broadway Fl 16,
               New York, NY 10271-0025
14155891      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 12 2012 03:09:13      Discover Bank,
               DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
13862823     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 12 2012 03:09:13      Discover Financial,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
14513597      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 12 2012 04:57:30
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
13862832     +E-mail/Text: ebn@vativrecovery.com Dec 12 2012 05:03:28      Palisades Collection L,
               210 Sylvan Ave,    Englewood, NJ 07632-2510
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13862820      Cardiovascular Associates S C
13862830      MEA Elk Grove LLC
13862824*   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court:  Ford Motor Credit Corporation,    National Bankruptcy Center,
               Po Box 537901,    Livonia, MI 48153)
13862839*    +Washington Mutual Mortgage,    Att: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
               Jacksonville, FL 32256-6851
```

```
District/off: 0752-1           User: dpruitt              Page 2 of 3                  Date Rcvd: Dec 11, 2012
                               Form ID: pdf006            Total Noticed: 34

13862837    ##+Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
              Greenville, SC 29603-0467
                                                                                TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2012**                        **Signature:**   _Joseph Speetjens_

```
Case 09-15896    Doc 72    Filed 12/11/12    Entered 12/13/12 23:58:07    Desc Imaged
                           Certificate of Notice    Page 7 of 7
```

```
District/off: 0752-1          User: dpruitt            Page 3 of 3            Date Rcvd: Dec 11, 2012
                              Form ID: pdf006          Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2012 at the address(es) listed below:

- Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
- Christopher H Purcell    on behalf of Creditor    American Eagle Bank shermlaw13@aol.com
- Douglas W. Worrell    on behalf of Joint Debtor Barbara  Wesolowski bk@thelawoffice.us, dartanion1600@gmail.com
- Douglas W. Worrell    on behalf of Debtor Roman  Chojnacki bk@thelawoffice.us, dartanion1600@gmail.com
- Gina B Krol    gkrol@cohenandkrol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
- Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com, jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
- Gloria C  Tsotsos    on behalf of Creditor    JPMorgan Chase Bank, National Association nd-three@il.cslegal.com
- Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com, jcohenattorney@aol.com;gkrol@cohenandkrol.com
- Michael L Sherman    on behalf of Creditor    American Eagle Bank shermlaw1@aol.com
- Michael L Sherman    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw1@aol.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Yan  Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com,  law_4321@yahoo.com

                                                                                        TOTAL: 12