UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CHOJNACKI, ROMAN § Case No. 09-15896
WESOLOWSKI, BARBARA §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

　　　　3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/GINA B. KROL_____
                                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Amr Eagle Bk 556 Randall Road South Elgin, IL 60177 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington Mutual Mortgage Att: Bankruptcy Dept. JAXA 2035 7255 Bay Meadows Way Jacksonville, FL 32256 | | | | | |
| | Washington Mutual Mortgage Att:Bankruptcy Dept. JAXA 2035 7255 Bay Meadows Way Jacksonville, FL 32256 | | | | | |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| GINA KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alexian Brothers Medical Center Bankruptcy Department 800 Biesterfield Road Elk Grove Village, IL 60007 | | | | | |
| | Banco Popular 120 Broadway Fl 16 New York, NY 10271 | | | | | |
| | Bank Of America Nc4-105-03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | | | | |

Case 09-15896    Doc 75    Filed 06/19/13    Entered 06/19/13 13:26:57    Desc Main
Document    Page 7 of 18

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Cardiology and Internal Medicine Bankruptcy Department 7447 W Talcott Ave, Suite 222 Chicago, IL 60631 | | | | | |
| | Cardiovascular Associates S C | | | | | |
| | Diagnostic Imaging Association Bankruptcy Department P O box 68 Northbrook, IL 60065-0068 | | | | | |
| | HSBC Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | HSBC Bank Nevada, N.A. PO Box 5244 Carol Stream, IL 60197-5244 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/rs Hsbc Retail Services- Bankruptcy Po Box 15522 Wilmington, DE 19850 | | | | | |
| | Illinois Collection Se 8231 W. 185th St. Ste. 100 Tinley Park, IL 60487 | | | | | |
| | MEA Elk Grove LLC | | | | | |
| | National City Bankruptcy Department PO Box 856176 Louisville, KY 40285-6176 | | | | | |
| | National City Bankruptcy Department PO Box 856176 Louisville, KY 40285-6176 | | | | | |
| | Palisades Collection L 210 Sylvan Ave Englewood, NJ 07632 | | | | | |
| | RMC Emergency Physicians Bankruptcy Department 520 E 22nd Street Lombard, IL 60148 | | | | | |
| | RMC Pathology Associates Bankruptcy Department 520 E 22nd Street Lombard, IL 60148 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Resurrection Health care Bankruptcy Department P O Box 220281 Chicago, IL 60622-0281 |  |  |  |  |  |
|  | Washington Mutual / Providian Attn: Bankruptcy Dept. Po Box 10467 Greenville, SC 29603 |  |  |  |  |  |
|  | Washington Mutual PO Box 660487 Dallas, TX 75266-0487 |  |  |  |  |  |
|  | Washington Mutual PO Box 660487 Dallas, TX 75266-0487 |  |  |  |  |  |
|  | Wood Dale F P D Bankrupcy Department P O Box 1368 Elmhurst, IL 60126 |  |  |  |  |  |
| 000007 | AMERICAN EXPRESS BANK FSB |  |  |  |  |  |
| 000009 | CHASE BANK USA NA |  |  |  |  |  |
| 000004 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000005 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000006 | CHASE BANK USA, N.A. |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DISCOVER BANK | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000008 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000003 | WELLS FARGO BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 1**

Case 09-15896  Doc 75  Filed 06/29/13  Entered 06/29/13 13:26:57  Desc Main
Document  Page 11 of 18

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-15896 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CHOJNACKI, ROMAN | | | Date Filed (f) or Converted (c): | 04/30/09 (f) |
| | WESOLOWSKI, BARBARA | | | 341(a) Meeting Date: | 05/27/09 |
| For Period Ending: | 06/13/13 | | | Claims Bar Date: | 10/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 462 Dunlay Street, Woodale, IL 60191 | 480,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. National City Checking | 21.00 | 0.00 | | 0.00 | FA |
| 4. Liberty Bank -0367 | 500.00 | 0.00 | | 0.00 | FA |
| 5. Liberty Bank -2883 | 300.00 | 0.00 | | 0.00 | FA |
| 6. Charter One Bank Checking | 114.70 | 0.00 | | 0.00 | FA |
| 7. miscelleous household goods and furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. Assorted regular clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9. Misc costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 10. Western Southern financial Group life insurance, 1 | 5,622.57 | 0.00 | | 4,000.00 | FA |
| 11. Western Southern financial Group life insurance, 1 | 3,201.47 | 0.00 | | 3,500.00 | FA |
| 12. IRA | 1,600.00 | 0.00 | | 0.00 | FA |
| 13. Barbara's Cleaning Service, Jackie's Cleaning Serv | 500.00 | 0.00 | | 0.00 | FA |
| 14. 2003 Ford Econoline Van with 190K miles | 3,870.00 | 0.00 | | 0.00 | FA |
| 15. 1995 Ford Aerostar Cargo Van w/280,000 miles | 1,065.00 | 0.00 | | 0.00 | FA |
| 16. 2007 Dodge Caravan minivan | 7,790.00 | 0.00 | | 0.00 | FA |
| 17. 2005 Ford Freestar SE Minivan | 6,710.00 | 0.00 | | 0.00 | FA |
| 18. Vacuums and cleaning supplies used in business | 300.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.11 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $515,494.74 | $0.00 | | $7,504.11 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TFR

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-15896    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | CHOJNACKI, ROMAN | Date Filed (f) or Converted (c):    04/30/09 (f) |
| | WESOLOWSKI, BARBARA | 341(a) Meeting Date:    05/27/09 |
| | | Claims Bar Date:    10/08/09 |

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/12

/s/    GINA B. KROL

_____ Date: _____

GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-15896 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CHOJNACKI, ROMAN | | Bank Name: | ASSOCIATED BANK |
| | WESOLOWSKI, BARBARA | | Account Number / CD #: | *******0220  Checking Account |
| Taxpayer ID No: | *******0381 | | | |
| For Period Ending: | 06/13/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,383.51 | | 7,383.51 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.55 | 7,378.96 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.70 | 7,374.26 |
| 01/09/13 | 030001 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 1,500.41 | 5,873.85 |
| 01/09/13 | 030002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys' fees per court order | 3110-000 | | 943.50 | 4,930.35 |
| 01/09/13 | 030003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys' expenses per court order | 3120-000 | | 7.47 | 4,922.88 |
| 01/09/13 | 030004 | Gina Krol<br>105 W. Madison<br>Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 471.75 | 4,451.13 |
| 01/09/13 | 030005 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000002, Payment 6.51327% | 7100-900 | | 334.08 | 4,117.05 |
| 01/09/13 | 030006 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306 | Claim 000003, Payment 6.51341% | 7100-900 | | 325.53 | 3,791.52 |
| 01/09/13 | 030007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 6.51337% | 7100-900 | | 819.57 | 2,971.95 |
| 01/09/13 | 030008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 6.51319% | 7100-900 | | 128.56 | 2,843.39 |
| 01/09/13 | 030009 | Chase Bank USA, N.A. | Claim 000006, Payment 6.51331% | 7100-900 | | 1,068.71 | 1,774.68 |

Page Subtotals      7,383.51        5,608.83

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.02d

LFORM24

Case 09-15896 Doc 75 Filed 06/19/13 Entered 06/19/13 13:26:57 Desc Main
Document Page 14 of 18

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-15896 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CHOJNACKI, ROMAN | | Bank Name: | ASSOCIATED BANK |
| | WESOLOWSKI, BARBARA | | Account Number / CD #: | *******0220 Checking Account |
| Taxpayer ID No: | *******0381 | | | |
| For Period Ending: | 06/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/09/13 | 030010 | PO Box 15145<br>Wilmington, DE 19850-5145<br>American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000007, Payment 6.51339% | 7100-900 | | 220.06 | 1,554.62 |
| 01/09/13 | 030011 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Orchard Bank<br>POB 41067<br>NORFOLK VA 23541 | Claim 000008, Payment 6.51345% | 7100-900 | | 128.27 | 1,426.35 |
| 01/09/13 | 030012 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | Claim 000009, Payment 6.51331% | 7100-900 | | 624.49 | 801.86 |
| 01/09/13 | 030013 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS<br>AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000010, Payment 6.51332% | 7100-900 | | 364.52 | 437.34 |
| 01/09/13 | 030014 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS<br>AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000011, Payment 6.51334% | 7100-900 | | 437.34 | 0.00 |

Page Subtotals      0.00      1,774.68

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.02d

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-15896 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CHOJNACKI, ROMAN | | Bank Name: | ASSOCIATED BANK |
| | WESOLOWSKI, BARBARA | | Account Number / CD #: | *******0220 Checking Account |
| Taxpayer ID No: | *******0381 | | | |
| For Period Ending: | 06/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | COLUMN TOTALS |  | 7,383.51 | 7,383.51 | 0.00 |
|  |  |  | Less: Bank Transfers/CD's |  | 7,383.51 | 0.00 | |
|  |  |  | Subtotal |  | 0.00 | 7,383.51 | |
|  |  |  | Less: Payments to Debtors |  | | 0.00 | |
|  |  |  | Net |  | 0.00 | 7,383.51 | |

Page Subtotals 0.00 0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 09-15896 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CHOJNACKI, ROMAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | WESOLOWSKI, BARBARA | | Account Number / CD #: | *******9967 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0381 | | | |
| For Period Ending: | 06/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/05/09 | 10, 11 | Chojnacki-Wesolowski | | 1129-000 | 7,500.00 | | 7,500.00 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 7,500.14 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,500.33 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,500.52 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,500.71 |
| 02/09/10 | 000301 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 5.57 | 7,495.14 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,495.31 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,495.50 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,495.68 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,495.86 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,496.05 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,496.23 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,496.43 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,496.61 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,496.80 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,496.99 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,497.18 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,497.37 |
| 02/07/11 | 000302 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 6.36 | 7,491.01 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,491.07 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,491.13 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,491.19 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,491.26 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,491.32 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,491.38 |

Page Subtotals     7,503.31     11.93

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 09-15896 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CHOJNACKI, ROMAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | WESOLOWSKI, BARBARA | | Account Number / CD #: | *******9967  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0381 | | | |
| For Period Ending: | 06/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,491.45 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,491.51 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,491.57 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.54 | 7,482.03 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,482.09 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.22 | 7,472.87 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,472.93 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.21 | 7,463.72 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,463.79 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.79 | 7,454.00 |
| 02/06/12 | 000303 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 6.73 | 7,447.27 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,447.33 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.85 | 7,438.48 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,438.54 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.15 | 7,429.39 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,429.45 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.44 | 7,420.01 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,420.07 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.43 | 7,410.64 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,410.70 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.81 | 7,401.89 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,401.95 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.71 | 7,392.24 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,392.30 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 8.79 | 7,383.51 |

Page Subtotals          0.80        108.67

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Ver: 17.02d

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-15896 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CHOJNACKI, ROMAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | WESOLOWSKI, BARBARA | | Account Number / CD #: | *******9967 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0381 | | | |
| For Period Ending: | 06/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,383.51 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,504.11 | 7,504.11 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,383.51 | |
| Subtotal | 7,504.11 | 120.60 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,504.11 | 120.60 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0220 | 0.00 | 7,383.51 | 0.00 |
| Money Market Account (Interest Earn - ********9967 | 7,504.11 | 120.60 | 0.00 |
| | 7,504.11 | 7,504.11 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ GINA B. KROL     Date: 06/13/13
GINA B. KROL

Page Subtotals    0.00    7,383.51

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Ver: 17.02d

LFORM24